To: Kirk Patrick and Trustee

        To my understanding the Trustee needs to know what I did with $4700 of my earn income credit from my 2009 federal refund. Due to the fact that you are taking $553 out of my payroll each check it leaves me with $2200 to take care of the rest of my bills and child support, which is not enough to do so. Because of that I went out and purchase my own DJ Equipment which cost $3066.70 . The equipment I had previously was borrowed . I did that to ensure I can maintain the payments to make ends meet to keep in good faith with this agreement. I also spent $1834.65 on bills that was due at the time and $720 wen to the support of my kids. That's a grand total of $5621. Also $1189 went on the down payment of my Homeowners insurance. That's my whole refund . I have seven kids to take care of and I think I'm doing the best I can to do .

I will never lie to my attorney nor my Trustee to gain anything. This money was spent to better the lives of me and my children.

        Thank You

to earn points for the rewards you want.

// - -''-
$4,901 35
$1,720
child s/t  5,621
Page 6 of 8

## Chase Online

**BUSINESS CLASSIC (...4495)**

Check Number: 1027           Post Date: 02/19/2010           Amount of Check: $1,189.60

FH#010039005700
DNATION INC.
1840 ALISON ST.
GRETNA, LA 70056-____                                      1027
                                                        2-8-10

Pay to the Order of  Louisiana Citizens          $1189.60
Eleven hundred eighty nine and 40/100             Dollars

CHASE
JPMorgan Chase Bank, N.A.
Baton Rouge, Louisiana 70801
www.Chase.com

For Home Insurance

⑈065430137⑈  773654495⑈ 1027  ⑈00001189460⑈

Need help printing or saving this check?

FEB 19 '10

REGIONS BANK 02/19/10
ES10   PR 0119026___ 1
▶062000019◀
50000061880

PAY TO THE ORDER OF
LOUISIANA CITIZENS FRW CRTY INS C
FAIR PLAN
FOR DEPOSIT ONLY
ACCT 0119027006

Need help printing or saving this check?

© 2010 JPMorgan Chase & Co.

**CHASE**

January 30, 2010 through February 26, 2010
Primary Account: **000000773664495**

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT | |
|---|---|---|---:|---|
| 02/09 | Card Purchase | 02/07 Taco Bell #25900025999 Gretna LA Card 9812 | 10.07 | |
| 02/10 | Card Purchase | 02/09 Twx*Sports Illustrat 800-528-500 NY Card 9812 | 89.04 | |
| 02/10 | Card Purchase | 02/09 China Doll Harvey LA Card 9812 | 69.75 | |
| 02/10 | Card Purchase | 02/08 Wendys #1587   Q25 Gretna LA Card 9812 | 11.09 | |
| 02/11 | Card Purchase With Pin | 02/10 Sou Best Buy #373 0320 Harvey LA Card 9812 | 21.74 | |
| 02/12 | Card Purchase | 02/09 LA State Income Tax 225-219-2486 LA Card 9812 | 100.00 | |
| 02/12 | Card Purchase With Pin | 02/11 Sou Best Buy #373 6329 Harvey LA Card 9812 | 32.59 | |
| 02/12 | Card Purchase | 02/11 Intuit *Turbotax 800-446-8848 CA Card 9812 | 19.95 | |
| 02/12 | Card Purchase | 02/10 Wendys #2407   Q25 Harvey LA Card 9812 | 6.37 | |
| 02/12 | Card Purchase | 02/09 LA State Income Tax 925-855-5030 CA Card 9812 | 2.49 | |
| 02/16 | ATM Withdrawal | 02/15 457 Lapalco Blvd Gretna LA Card 9812 | 360.00 | Child Support |
| 02/16 | Card Purchase | 02/12 Wm Supercenter Harvey LA Card 9812 | 215.33 | |
| 02/16 | Card Purchase | 02/13 Sports Mania Inc Detroit MI Card 9812 | 129.44 | |
| 02/16 | Card Purchase | 02/15 The Athletes Foot Harvey LA Card 9812 | 108.74 | children |
| 02/16 | Card Purchase | 02/12 Wm Supercenter Harvey LA Card 9812 | 87.12 | |
| 02/16 | Card Purchase | 02/13 Footaction #57288 Gretna LA Card 9812 | 84.83 | |
| 02/16 | Card Purchase | 02/13 Dillard's 762 Oakwood S Gretna LA Card 9812 | 76.11 | |
| 02/16 | Card Purchase | 02/14 K & G Harvey #316 Harvey LA Card 9812 | 70.64 | |
| 02/16 | Card Purchase | ░░░░░░░░░░░░░░░░░░░░░░░░░░░░ | 69.96 | |
| 02/16 | Card Purchase | 02/12 Academy Sports #55 Gretna LA Card 9812 | 69.56 | |
| 02/16 | Card Purchase With Pin | 02/13 Dillards - 0762 Oakwood Gretna LA Card 9812 | 67.43 | |
| 02/16 | Card Purchase | 02/12 Brothers Stonebridge Harvey LA Card 9812 | 51.12 | |
| 02/16 | Card Purchase With Pin | 02/14 Wal-Mart #2706 Gretna LA Card 9812 | 41.33 | |
| 02/16 | Card Purchase | 02/13 K & G Harvey #316 Harvey LA Card 9812 | 32.59 | |
| 02/16 | Card Purchase With Pin | 02/14 Tj Tj Maxx Gretna LA Card 9812 | 30.43 | |
| 02/16 | Card Purchase | 02/13 Sprint Store #1347 Gretna LA Card 9812 | 27.18 | |
| 02/16 | Card Purchase | 02/15 The Athletes Foot Harvey LA Card 9812 | 25.00 | |
| 02/16 | Card Purchase | 02/12 Papa John's #0535.CO 504-361-363 LA Card 9812 | 17.66 | |
| 02/16 | Card Purchase | 02/15 Nfl*Www.Netflix.Com/ Netflix.Com CA Card 9812 | 15.21 | |
| 02/16 | Card Purchase With Pin | 02/15 Wal-Mart #5722 Harvey LA Card 9812 | 14.77 | |
| 02/16 | Card Purchase | 02/12 China Doll Harvey LA Card 9812 | 13.15 | |
| 02/16 | Card Purchase | 02/12 Kfc/Ljs 303 Harvey LA Card 9812 | 11.64 | |
| 02/16 | Card Purchase | 02/11 Mcdonald's M5352 of LA Gretna LA Card 9812 | 8.99 | |
| 02/16 | Card Purchase | 02/12 Mcdonalds M7774 Harvey LA Card 9812 | 7.59 | |
| 02/17 | Card Purchase With Pin | 02/16 Walgreen Company Manatt Gretna LA Card 9812 | 59.29 | |
| 02/17 | Card Purchase | 02/15 Fox & Hound #65032 New Orleans LA Card 9812 | 53.00 | |
| 02/17 | Card Purchase | 02/16 Brothers Terry Parkway Terrytown LA Card 9812 | 30.00 | |
| 02/17 | Card Purchase | 02/16 Brothers Terry Parkway Terrytown LA Card 9812 | 28.34 | |
| 02/17 | Card Purchase | 02/15 Starbucks - New Orle New Orleans LA Card 9812 | 6.10 | |
| 02/18 | Card Purchase | 02/16 Texaco 00304330 Marrero LA Card 9812 | 27.01 | |
| 02/18 | Card Purchase | 02/17 Chevron 00306003 Scott LA Card 9812 | 22.79 | |
| 02/19 | Card Purchase | 02/17 Kool Wash Jr Houston TX Card 9812 | 44.95 | |
| 02/19 | Card Purchase With Pin | 02/18 Walgreen Company Wall Bellemeade LA Card 9812 | 26.56 | |
| 02/19 | Non-Chase ATM Withdraw | 02/19 123 Terry Pkwy. Gretna LA Card 9812 | 22.75 | |
| 02/19 | Card Purchase | 02/17 Texaco 00304737 Houston TX Card 9812 | 11.43 | |
| 02/22 | Card Purchase | 02/18 Sky Mart Houston TX Card 9812 | 45.00 | |
| 02/22 | Card Purchase | 02/20 Fbr CR Card 80098755 800-987-552 SD Card 9812 | 30.00 | |



January 30, 2010 through February 26, 2010
Primary Account: 000000773664495

## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/22 | Card Purchase With Pin  02/20 Office Depot Office Dep Harvey LA Card 9812 | 29.35 |
| 02/22 | Card Purchase With Pin  02/19 Office Depot Office Dep Harvey LA Card 9812 | 28.25 |
| 02/22 | Card Purchase  02/18 Raceway754  84107549 Crowley LA Card 9812 | 25.74 |
| 02/22 | Card Purchase  02/19 Papa John's #0535 504-361-3636 LA Card 9812 | 23.93 |
| 02/22 | Card Purchase With Pin  02/21 Exxonmobil POS Metairie LA Card 9812 | 20.00 |
| 02/22 | Card Purchase  02/19 Wendys #2407  Q25 Harvey LA Card 9812 | 11.77 |
| 02/22 | Card Purchase  02/19 Taco Bell 242600242610 Harvey LA Card 9812 | 9.91 |
| 02/22 | Card Purchase  02/19 Starbucks - New Orle New Orleans LA Card 9812 | 6.10 |
| 02/24 | Card Purchase  02/23 Best Buy  00003731 Harvey LA Card 9812 | 89.15 |
| 02/24 | Card Purchase  02/23 China Doll Harvey LA Card 9812 | 38.50 |
| 02/24 | Card Purchase With Pin  02/23 Office Depot Office Dep Harvey LA Card 9812 | 29.08 |
| 02/24 | Card Purchase  02/23 Discount Zone 5884 Terrytown LA Card 9812 | 18.00 |
| 02/24 | Card Purchase  02/22 Starbucks - New Orle New Orleans LA Card 9812 | 6.10 |
| 02/25 | Card Purchase  02/23 Vesta *Boost Mobile 888-4409958 OR Card 9812 | 51.50 |
| 02/25 | Card Purchase  02/24 Intuit *Turbotax 800-446-8848 CA Card 9812 | 19.95 |
| 02/26 | Card Purchase With Pin  02/25 Walgreen Company Wall Bellemeade LA Card 9812 | 14.38 |
| **Total ATM & Debit Card Withdrawals** | | **$7,535.75** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/01 | Non-Chase ATM Fee-With | $2.00 |
| 02/01 | State Farm Ro 08 Rdp Sfpp  PPD ID: 9000313001 | 275.55 |
| 02/02 | Sprint8006396111 Achbillpay  PPD ID: 2521616695 | 235.30 |
| 02/03 | Non-Chase ATM Fee-With | 2.00 |
| 02/03 | Non-Chase ATM Fee-With | 2.00 |
| 02/04 | Directv  Directv  2577687  Tel ID: 0000035774 | 200.00 |
| 02/11 | Loanshop/Pd6 Ven 8008069971 T11788914  Web ID: A993137213 | 150.00 |
| 02/16 | DR Due To ATM/Dep Error | 10.00 |
| 02/19 | Non-Chase ATM Fee-With | 2.00 |
| 02/19 | Entergy Services Bill Pay  7770021650164  CCD ID: 9720570912 | 140.00 |
| 02/23 | State Farm Ro 08 Sfpp  PPD ID: 9000313001 | 275.55 |
| 02/25 | Loanshop/Pd6 Ven 8008069971 T11847035  Web ID: A993137213 | 150.00 |
| 02/25 | 24 Hour Fitness Dues  PPD ID: 4942899899 | 32.46 |
| 02/26 | Sprint8006396111 Achbillpay 197028109  Web ID: 2521616695 | 196.45 |
| 02/26 | Sprint8006396111 Achbillpay 913144984  Web ID: 2521616695 | 100.75 |
| 02/26 | Lease Finance Gr Lease Pymt 1676472:0226  CCD ID: 1130000152 | 46.59 |
| 02/26 | Fpb CR Card  Internet  Web67131437 Web ID: 3411894456 | 14.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$1,834.65** |

Bills →

## REWARDS SUMMARY | Chase Leisure Rewards

Leisure **REWARDS**

| DATE | DESCRIPTION | POINTS |
|---|---|---|
| 02/26 | Want To Get Rewarded Every Day? Use your Chase Leisure Rewards Business Debit Card for all your business purchases to earn points for the rewards you want. | |

Bills 1834.65
75 Eqp 3066.70
        4,901 35
        4,720
child Sup  ~~2621~~

Page 6 of 8



January 30, 2010 through February 26, 2010
Primary Account: 000000773664495

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 0 ^ | | 02/12 | $100.00 |
| 1027 * ^ | | 02/19 | 1,189.60 |
| **Total Checks Paid** | | | **$1,289.60** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT | |
|---|---|---|---|---|
| 02/01 | Card Purchase | 01/29 Guitar Center #711 Harahan LA Card 9812 | $1,979.21 | DJ Equipmt. |
| 02/01 | Card Purchase | 01/29 Best Buy 000145 New Orleans LA Card 9812 | 1,087.49 | DJ Equipmt |
| 02/01 | Non-Chase ATM Withdraw 01/30 #4 Canal St New Orleans LA Card 9812 | | 321.25 | |
| 02/01 | Card Purchase | 01/29 New Cleaners Harvey LA Card 9812 | 104.23 | |
| 02/01 | Card Purchase | 01/29 Usps 21406995522701494 Harvey LA Card 9812 | 44.00 | |
| 02/01 | Card Purchase | 01/28 Papa John's #0535 Harvey LA Card 9812 | 35.00 | |
| 02/01 | Card Purchase | 02/01 Mp3Rocket 8773540013 Card 9812 | 34.83 | |
| 02/01 | Card Purchase | 01/30 Intuit *Turbotax 800-446-8848 CA Card 9812 | 19.95 | |
| 02/01 | Card Purchase | 01/30 Creditreport.Com 866-8833309 CA Card 9812 | 9.95 | |
| 02/02 | ATM Withdrawal | 02/01 457 Lapalco Blvd Gretna LA Card 9812 | 360.00 | -Child Supp |
| 02/02 | Card Purchase With Pin 02/01 Murphy6716Atwalmrt Harahan LA Card 9812 | | 54.21 | |
| 02/03 | Non-Chase ATM Withdraw 02/03 3605 N. Causeway B Metairie LA Card 9812 | | 102.25 | |
| 02/03 | Non-Chase ATM Withdraw 02/02 123 Terry Pkwy. Gretna LA Card 9812 | | 22.75 | |
| 02/03 | Card Purchase | 02/02 Discount Zone 451 Gretna LA Card 9812 | 12.01 | |
| 02/03 | Card Purchase | 02/01 Wendys #1567 Q25 Gretna LA Card 9812 | 7.48 | |
| 02/04 | Card Purchase | 02/03 Best Buy 00003731 Harvey LA Card 9812 | 110.90 | |
| 02/04 | Card Purchase | 02/03 Cox*New Orleans Comm 504-304-844 LA Card 9812 | 61.51 | |
| 02/04 | Card Purchase With Pin 02/03 Wal-Mart #5722 Harvey LA Card 9812 | | 12.62 | |
| 02/04 | Card Purchase | 02/03 Kfc/Ljs 303 Harvey LA Card 9812 | 10.88 | |
| 02/05 | Card Purchase | 02/05 Debt Education & Cer 866-859-732 TX Card 9812 | 40.00 | |
| 02/05 | Card Purchase | 02/04 Papa John's #0535.CO 504-361-363 LA Card 9812 | 31.53 | |
| 02/05 | Card Purchase | 02/05 Intuit *Turbotax 800-446-8848 CA Card 9812 | 19.95 | |
| 02/05 | Card Purchase | 02/05 Intuit *Turbotax 800-446-8848 CA Card 9812 | 19.95 | |
| 02/05 | Card Purchase | 02/04 Microsoft *Xbox Li 800-469-926 WA Card 9812 | 7.99 | |
| 02/05 | Card Purchase | 02/03 Redbox *Dvd Rental Oakbrkterrace IL Card 9812 | 2.18 | |
| 02/08 | Card Purchase With Pin 02/06 Office Depot Office Dep Marrero LA Card 9812 | | 65.24 | |
| 02/08 | Card Purchase | 02/07 Vistaprint 600H0-1A4 800-721-621 MA Card 9812 | 19.97 | |
| 02/08 | Card Purchase | 02/05 Intuit *Turbotax 800-446-8848 CA Card 9812 | 19.95 | |
| 02/08 | Card Purchase | 02/06 Intuit *Turbotax 800-446-8848 CA Card 9812 | 19.95 | |
| 02/08 | Card Purchase | 02/06 Raceway919 80409196 Harvey LA Card 9812 | 15.00 | |
| 02/08 | Card Purchase | 02/06 Party City #150 Harvey LA Card 9812 | 6.99 | |
| 02/08 | Card Purchase | 02/07 Apl*Itunes 866-712-7753 CA Card 9812 | 1.40 | |
| 02/09 | Card Purchase | 02/08 Brothers Manhattan Harvey LA Card 9812 | 30.00 | |
| 02/09 | Card Purchase | 02/08 Kfc/Ljs 303 Harvey LA Card 9812 | 17.29 | |

04/16/2010 14:29 5043689135 DD56 PAGE 03/03